Robert F. Babcock (#0158)
Joshua J. Sundloff (#14803)
**BABCOCK, SCOTT & BABCOCK**
Washington Federal Plaza
505 East 200 South, Suite 300
Salt Lake City, Utah 84102
Telephone: (801) 531-7000
Facsimile: (801) 531-7060
bob@babcockscott.com
josh@babcockscott.com

*Attorneys for Matrix Service Inc.*

_____

# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| MATRIX SERVICE INC., an Oklahoma corporation,<br><br>Plaintiff,<br><br>v.<br><br>KENNECOTT UTAH COPPPER, LLC, a Utah Limited Liability Company.<br><br>Defendant. | **NOTICE OF DISMISSAL**<br><br><br>Case No. 2:13-cv-00966-PMW<br><br>Judge: Paul M. Warner |

Plaintiff, Matrix Service, Inc., through counsel and under Federal Rule of Civil Procedure 41(a)(1), notifies the Court that the above-captioned civil action may be dismissed.

Respectfully submitted this 26th day of December, 2013.

**BABCOCK SCOTT & BABCOCK**

  /s/ Robert F. Babcock
Robert F. Babcock
Joshua J. Sundloff
Attorneys for Matrix Service- Inc.